1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  JOSE A. ZELIDON-ZEPEDA, State Bar No. 227108
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5781
     Fax: (415) 703-5843
8    Email: Jose.ZelidonZepeda@doj.ca.gov

9  Attorneys for Defendants B. Jordan, M. Edmundson,    *E-FILED - 9/23/08*
   A. Padilla and D. Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEVEN L. OWENS, | C 06-4778 RMW |
|---|---|
| Plaintiff, | STIPULATION EXTENDING TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS; [xxxxxxxxxxxxx] ORDER |
| v. | |
| A. PADILLA, et al., | |
| Defendants. | |
| | Judge: The Honorable Ronald M. Whyte |

TO THE HONORABLE RONALD M. WHYTE:

Under Local Rule 7-12, the parties to this action stipulate to extend the due date for Defendants' motion for summary judgment by 60 days. Defendants' motion for summary judgment is now due December 22, 2008. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days after receiving a copy of Defendants' motion, and Defendants shall file a reply to any opposition within 15 days of receipt of the opposition.

Additionally, the parties stipulate to extend the due date for Plaintiff's responses to

1  Defendants' request for admissions, interrogatories, and request for production by 30 days.
2  Plaintiff's responses are now due on October 29, 2008.
3     Finally, the parties stipulate to extend the date for Defendant A. Padilla's deposition of
4  Plaintiff, from September 26, 2008, to November 7, 2008.
5     IT IS SO STIPULATED.

7  Dated: 9-11-2008   For Plaintiff Steven L. Owens:

            *(signature)*
            Steven L. Owens

11 Dated: 9/12/2008   For Defendants B. Jordan, M. Edmundson, A. Padilla and D. Miller:

            *(signature)*
            Jose A. Zelidon-Zepeda, Deputy Attorney General

16 PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

18 Dated: 9/23/08        *Ronald M. Whyte*
                        THE HONORABLE RONALD M. WHYTE
19                      United States District Judge

21 20141392.wpd
   SF2007200668

Stip. & xxxxxxxx Order Extending Time              S. Owens v. A. Padilla, et al.
                                                   C 06-4778 RMW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **S. Owens v. A. Padilla, et al.**

Case No.:    **C 06-4778 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 12, 2008, I served the attached

**STIPULATION EXTENDING TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Steven L. Owens
D-23886
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960-0686
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 12, 2008**, at San Francisco, California.

|  M. Xiang  | _(signature)_ |
| :---: | :---: |
| Declarant | Signature |