*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. OWENS,<br><br>    Plaintiff,<br><br>  v.<br><br>A. PADILLA, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-4778 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 47) |

Plaintiff has filed an ex parte application for an extension of time in which to file his opposition to defendants' motion to dismiss and motion for summary judgment. The court concludes that plaintiff has shown good cause for such extension. Accordingly, plaintiff's motion for an extension of time (docket no. 47) is GRANTED. Plaintiff shall file his opposition, and serve a copy on defendants' counsel, **within ninety (90) days** of the filing date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

This order terminates docket no. 47.

IT IS SO ORDERED.

DATED:   2/10/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Ex Parte Application for Extension of time to File Opposition to Defendants' Motion to Dismiss and Motion for Summary Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Owens778.EOT-OPP-MTD.wpd