*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN L. OWENS, | ) | No. C 06-04778 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| A. PADILLA, et al., | ) | |
| Defendants. | ) | |

    For the reasons stated in the order granting defendants' motion for summary judgment, judgment is hereby entered in favor of defendants and against plaintiff.

    The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 9/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PROSEEX1\J Murai\Owens_MSJ_judgment.wpd

1